

U.S. Department of Justice

Antitrust Division

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/17

**MEMO ENDORSED**

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

June 09, 2017

HAND DELIVERY

Honorable Richard Berman  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007-1312

> *Initial appearances + arraignment to be held on July 17, 2017 @ 11:30 A.M. Counsel should facilitate on most processing in advance with Marshals and pretrial services. Proposed bail packages should be in writing + submitted to the Court on or before July 5, 2017.*
>
> SO ORDERED:  
> Date: 6/12/17    Richard M. Berman  
> Richard M. Berman, U.S.D.J.

Re:  U.S. v. Richard Usher et al., 17-Crim-019 (RMB)

Dear Judge Berman,

    We are writing to confirm that each of the three defendants in the above-referenced case – Richard Usher, Rohan Ramchandani, and Christopher Ashton – have agreed to voluntarily appear before the Court on the charge brought against them by indictment in January of this year. All three defendants are citizens and residents of the United Kingdom, but have reached an agreement with the government to waive extradition and appear for arraignment this summer. Contact information for the defendants' counsel can be found at the end of this letter.

    We are writing to open the discussion of whether Your Honor would prefer to handle the initial appearances and arraignments personally rather than referring the matter to the magistrate and, if so, to discuss scheduling. Preferred dates for the initial appearances and arraignments are as follows:

    Mr. Ramchandani and Mr. Ashton: July 21, 2017 (most preferred) or July 17, 19, 20, 2017

    Mr Usher: August 1-4, 7, 8, or 11, 2017

    We request, if possible, that each arraignment be scheduled in the afternoon to allow for processing of the defendants by law enforcement and Pretrial Services in the morning. If these dates are not convenient for Your Honor, the parties request a scheduling conference, or ask that the arraignment be referred to a Magistrate Judge for the proposed dates.

In addition, the government has reached an agreement (largely identical) with each of the three defendants regarding pre-trial release conditions that the parties intend to jointly propose to the Court at arraignment. If Your Honor will be presiding over the arraignments, we are happy to share those agreements as soon as requested.

Defense counsel can be contacted as follows:

Counsel for Richard Usher
Michael Kendall
White & Case LLP
75 State Street, Boston, MA 02109-1814
Phone: (617) 979-9310
Email: michael.kendall@whitecase.com

Counsel for Rohan Ramchandani
Heather Tewksbury
Anjan Sahni
Thomas Mueller
WilmerHale
7 World Trade Center, New York, NY 10007
Phone: (212) 230-8800
Emails: heather.tewksbury@wilmerhale.com, anjan.sahni@wilmerhale.com, thomas.mueller@wilmerhale.com

Counsel for Christopher Ashton
David Schertler
Schertler & Onorato, LLP
1101 Pennsylvania Avenue, NW, Suite 1150, Washington, D.C. 20004
Phone: (202) 628-4155
Email: dschertler@schertlerlaw.com

If Your Honor has any other issues to discuss in light of this development in the case, we would be happy to make the arrangements for any conference calls with the parties.

Sincerely yours,

Jeffrey D. Martino

Chief, New York Office
U.S. Dept of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 11238
Phone: (212) 335-8019
Email: Jeffrey.Martino@usdoj.gov