## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                          :
:
:
:
Plaintiff,          :    Case No. 1:17-Cr-00019
:
v.                          :
:
RICHARD USHER,                                     :    **NOTICE OF APPEARANCE**
ROHAN RAMCHANDANI, AND                             :
CHRISTOPHER ASHTON,                                :
:
:
Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE THAT Wilmer Cutler Pickering Hale & Dorr LLP, by Anjan

Sahni, hereby enters its appearance as counsel of record in the above-captioned action for and on

behalf of Defendant Rohan Ramchandani. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 14, 2017

Respectfully submitted,

*/s/ Anjan Sahni*
Anjan Sahni

WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel:  (212) 230-8800
Fax: (212) 230-8888
Email: anjan.sahni@wilmerhale.com

*Attorney for Defendant Rohan Ramchandani*