AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| RICHARD USHER et al. | ) |
| *Defendant* | ) |

Case No.   1:17-CR-00019-RMB

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD USHER                                                                                      .

Date:      06/14/2017

/s/ Andrew E. Tomback
*Attorney's signature*

Andrew E. Tomback, AT9644
*Printed name and bar number*

White & Case LLP
1221 Ave. of the Americas
New York, NY 10020-1095
*Address*

andrew.tomback@whitecase.com
*E-mail address*

(212) 819-8428
*Telephone number*

(212) 354-8113
*FAX number*