UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA    Plaintiff,    Case No. 1:17-CR-00019-RMB

-against-

RICHARD USHER et al.    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Andrew E. Tomback
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AT9644    My State Bar Number is 2090074

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Zuckerman, Spaeder LLP(NYC)
             FIRM ADDRESS: 399 Park Ave., 14th fl., New York, NY 10022
             FIRM TELEPHONE NUMBER: (212) 704-9600
             FIRM FAX NUMBER: (212)704-4256

NEW FIRM:    FIRM NAME: White & Case LLP
             FIRM ADDRESS: 1221 Avenue of the Americas, New York, NY 10020
             FIRM TELEPHONE NUMBER: (212) 819-8200
             FIRM FAX NUMBER: (212) 354-8113

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/15/17

ATTORNEY'S SIGNATURE