AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-CR-00019-RMB |
| RICHARD USHER et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD USHER.

Date: 07/06/2017

/s/ J. Mark Gidley
*Attorney's signature*

John Mark Gidley, JG1447
*Printed name and bar number*

WHITE & CASE LLP
701 Thirteenth St., NW
Washington, DC 20005

*Address*

mgidley@whitecase.com
*E-mail address*

(202) 626-3609
*Telephone number*

(202) 639-9355
*FAX number*