```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/17
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America
                             Plaintiff,

       -against-

Christopher Ashton

                             Defendant.

1:17-cr-00019-RMB-3

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Lisa Manning, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Maryland and Virginia and of the bar of the District of Columbia, and that her contact information is as follows:

> Lisa Manning, Esq.
> Schertler & Onorato, LLP
> 1101 Pennsylvania Avenue, NW., Suite 1150
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177

Applicant having request admission Pro Hac Vice to appear for all purposes as counsel for Christopher Ashton in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 6, 2017

                                                                 Richard M. Berman
                                                            United States District Judge