```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/17
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

United States of America

                Plaintiff,

                1:17-cr-00019-RMB-3

-against-

                **ORDER FOR ADMISSION**

Christopher Ashton                 **PRO HAC VICE**

                Defendant.

The motion of David Schertler, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of Illinois, and that his contact information is as follows:

> David Schertler, Esq.
> Schertler & Onorato, LLP
> 1101 Pennsylvania Avenue, NW., Suite 1150
> Washington, DC 20004
> Telephone: 202-628-4199 / Facsimile: 202-628-4177

Applicant having request admission Pro Hac Vice to appear for all purposes as counsel for Christopher Ashton in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 6, 2017

                Richard M. Berman
                United States District Judge