UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RICHARD USHER,
ROHAN RAMCHANDANI, AND
CHRISTOPHER ASHTON

                Defendant.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Case No. 1:17-Cr-00019

[~~PROPOSED~~] ORDER FOR
ADMISSION *PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/17

The motion of Chris Johnstone for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of California, and that his/her contact information is as follows:

    Wilmer Cutler Pickering Hale and Dorr LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Tel: (650) 858-6147
    Fax: (650) 858-6100
    Email: Chris.Johnstone@Wilmerhale.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Rohan Ramchandani in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/11, 2017



United States District Judge