UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/17

------------------------------- x
:
UNITED STATES OF AMERICA,      :
                               :   Case No. 1:17-Cr-00019
            Plaintiff,         :
                               :
       v.                      :   [~~PROPOSED~~] ORDER FOR
                               :   ADMISSION *PRO HAC VICE*
RICHARD USHER,                 :
ROHAN RAMCHANDANI, AND         :
CHRISTOPHER ASHTON             :
                               :
            Defendant.         :
------------------------------- x

The motion of Renita Khanduja for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of District of Columbia, New Jersey and New York, and that her contact information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel:  202-663-6684
Fax:  202-663-6363
Email: Renita.Khanduja@Wilmerhale.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Rohan Ramchandani in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/11, 2017

_____
Richard M. Berman
United States District Judge