**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 1:17-Cr-00019 |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR |
| | ADMISSION *PRO HAC VICE* |
| RICHARD USHER, | |
| ROHAN RAMCHANDANI, AND | |
| CHRISTOPHER ASHTON | |
| Defendant. | |

------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/17

The motion of Thomas Mueller for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Brussels-Capital Region, District of Columbia, Massachusetts, and New York, and that his contact information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel:   202-663-6766
Fax:   202-663-6363
Email: Thomas.Mueller@Wilmerhale.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Rohan Ramchandani in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/11, 2017

*Richard M. Berman*
United States District Judge