

U.S. Department of Justice

Antitrust Division

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

July 13, 2017

ECF & HAND DELIVERY

Honorable Richard Berman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

    Re:    <u>U.S. v. Richard Usher et al</u>, 17-Crim-019 (RMB)

Dear Judge Berman,

    Enclosed is a revised agreement between the United States and Richard Usher, a defendant in the case referenced above, regarding the pretrial release conditions that the parties will jointly recommend to the Court at Mr. Usher's arraignment, scheduled for Monday, July 17, 2017 at 11:30 a.m. The bond amount has been increased from $500,000 to $650,000, and the cash security has been increased from $100,000 to $130,000. This revision was agreed to by the parties as a result of a recent change in Mr. Usher's financial circumstances. All other terms remain as in the original.

Sincerely yours,

*Carrie A. Syme*

Carrie A. Syme  
Trial Attorney

Jeffrey D. Martino  
Chief, New York Office

U.S. Department of Justice, Antitrust Division  
26 Federal Plaza, Room 3630  
New York, NY 10278