UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/17
```

---------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                 :
:  Case No. 1:17-Cr-00019
          Plaintiff,            :
:  [PROPOSED] ORDER FOR
     v.                         :  ADMISSION *PRO HAC VICE*
:
RICHARD USHER,                            :
ROHAN RAMCHANDANI, AND                    :
CHRISTOPHER ASHTON,                       :
:
          Defendant.            :
---------------------------------------------------------------x

The motion of Alexandra Ioana Gliga for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Massachusetts, and that her contact information is as follows:

White & Case LLP
75 State Street
Boston, MA 02109
Tel: (617)979-9338
Fax: (617)979-9301
Email: Alexandra.gliga@whitecase.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Richard Usher in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: 7/13, 2017

RMB
United States District Judge