USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
                                         :     Case No. 1:17-Cr-00019
              Plaintiff,                 :
                                         :     [PROPOSED] ORDER FOR
       v.                                :     ADMISSION *PRO HAC VICE*
                                         :
RICHARD USHER,                           :
ROHAN RAMCHANDANI, AND                   :
CHRISTOPHER ASHTON,                      :
                                         :
                                         :
              Defendant.                 :
-----------------------------------------------------------x

The motion of Michael Kendall for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Massachusetts, and that his contact information is as follows:

White & Case LLP
75 State Street
Boston, MA 02109
Tel: (617)979-9310
Fax: (617)979-9301
Email: Michael.kendall@whitecase.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Richard Usher in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: 7/13, 2017

RMB
United States District Judge