UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/17
```

------------------------------------------------------------x

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RICHARD USHER,
ROHAN RAMCHANDANI, AND
CHRISTOPHER ASHTON,

          Defendant.

------------------------------------------------------------x

Case No. 1:17-Cr-00019

[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE*

The motion of Yakov Malkiel for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Massachusetts, and that his contact information is as follows:

> White & Case LLP
> 75 State Street
> Boston, MA 02109
> Tel: (617)979-9322
> Fax: (617)979-9301
> Email: yakov.malkiel@whitecase.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Richard Usher in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: __7/13__, 2017

                                                RMB
                                     United States District Judge