USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

1:17-CR-00019 (RMB)

RICHARD USHER,
ROHAN RAMCHANDANI, and
CHRISTOPHER ASHTON,

Defendants.

AFFIDAVIT OF WAIVER OF EXTRADITION

1. I, Richard Usher, having been fully informed by my attorneys in the United States (Michael Kendall of White & Case LLP) and the United Kingdom (Jonathan Pickworth of White & Case LLP) of my rights under the extradition treaty in force between the United States and the United Kingdom, do hereby waive any and all such rights with respect to the charge set forth in the indictment filed in the Southern District of New York, Case No. 1:17-CR-00019 (RMB), entitled United States v. Usher et al ("Indictment"). I am willing to voluntarily surrender to United States authorities to answer the charge set forth in that Indictment.

2. My attorneys, with whose services I am satisfied, have explained to me the terms of the extradition treaty in force between the United States and the United Kingdom; the applicable sections of Title 18, United States Code; and the Indictment. I understand that I would be entitled to proceedings and hearings in the United Kingdom to challenge an extradition request by the United States. I concede that I am an individual against whom a charge is pending in Case No. 1:17-CR-00019 (RMB) and for whom process is outstanding. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to surrender to the United States

authorities unless and until a court in the United Kingdom issues a ruling certifying my extraditability and orders my extradition.

3. I have reviewed the Indictment and I fully understand my right to challenge extradition. I hereby waive my rights under the extradition treaty and agree to surrender on July 17, 2017 to the Federal Bureau of Investigation and thereafter to remain under the supervision of the United States District Court for the Southern District of New York.

4. Although the court is not bound by any agreements made between myself and the United States government, the parties agree to ask the court for bail as follows: a $~~500,000~~ 650,000 bond secured by $~~100,000~~ 130,000 cash to be deposited as directed by the court, and retention of my passport by the United States embassy in London, England for travel to and from the United Kingdom and the United States. The parties agree to other pre-trial conditions deemed appropriate in connection to the bond and travel, with that agreement recorded separately. RMB RMB

5. No representative, official, or officer of the United States or of the government of the United Kingdom, nor any other person, has made any other promises or offered any other form of inducement nor made any threat or exercised any form of intimidation against me.

6. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 14 of July, 2017.

Richard Usher

Michael Kendall
White & Case LLP
Attorney for Richard Usher

I hereby certify that on this 17th day of July, 2017, Richard Usher personally appeared before me and made this oath in due form of law that the statements herein are true.

RMB, USDJ

The Honorable Richard Berman
United States District Judge, SDNY