AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cr-19 |
| Usher et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 07/19/2017

/s/
*Attorney's signature*

Jeffrey Martino, (222805) California
*Printed name and bar number*

United States Department Of Justice
Antitrust Division
26 Federal Plaza, Suite 3630
New York, NY 10278
*Address*

jeffrey.martino@usdoj.gov
*E-mail address*

(212) 335-8019
*Telephone number*

(212) 335-8021
*FAX number*