```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
    - v. -                          :
                                    :   17 Cr. 19 (RB)
                                    :
RICHARD USHER, ROHAN                :
RAMCHANDANI, and CHRISTOPHER        :
ASHTON,                             :
                                    :
                Defendants.         :
------------------------------------x

## ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division.

Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court ~~or parole~~ proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to potential crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, and through notice to lead counsel for the plaintiffs in the class action entitled, *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS) (S.D.N.Y.), rather than through individual notices to the crime victims. Government counsel shall provide lead counsel for the plaintiffs in the class action with a copy of the Indictment, etc. and reflect such on the DOJ website.

IT IS SO ORDERED.

DATED this __7__ day of August, 2017.

*Richard M. Berman*

_____
HONORABLE RICHARD BERMAN
UNITED STATES DISTRICT JUDGE