WILMERHALE

September 5, 2017

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *United States v. Usher et al.*, 17 Cr. 19 (RMB)

Dear Judge Berman:

     We respectfully write to update the Court regarding our application for a bill of particulars.  The Court previously scheduled a conference in connection with our request for this coming Wednesday, September 6, at 2:30 p.m.  Dkt. 51.  The Court also ordered the parties to meet and confer before the conference.  *Id.*  The parties met and conferred on August 25 and 30, and exchanged proposals following our discussions.  Unfortunately, the parties were unable to reach an agreement, but will be prepared to address and argue the motion at the upcoming conference.

Respectfully submitted,


*/s/ Anjan Sahni*

Anjan Sahni
Heather Tewksbury
Thomas Mueller
*Counsel for Rohan Ramchandani*
WilmerHale LLP
7 World Trade Center
New York, NY 10007


Michael Kendall
Mark Gidley
Andrew Tomback
*Counsel for Richard Usher*
White & Case LLP
75 State Street
Boston, MA 02109

Honorable Richard M. Berman, U.S.D.J.
September 5, 2017
Page 2

WILMERHALE

David Schertler
Lisa Manning
*Counsel for Christopher Ashton*
Schertler & Onorato, LLP
1101 Pennsylvania Avenue, NW, Suite 1150
Washington, D.C. 20004


cc: Jeffrey Martino, Esq., Carrie Syme, Esq., and Stephen McCahey, Esq.
    (Department of Justice, Antitrust Division)